UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DALLIS F. COOMER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No:  4:19CV2649 HEA |
| | ) |
| | ) |
| KELLY MORRISS, | ) |
| | ) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Reconsideration, [Doc. No. 14]. Respondent has filed an opposition to the Motion, pursuant to the Court's Order for same.

On November 2, 2020, the Court denied Petitioner's habeas petition, discussing the sole issue Petitioner raised in his Petition, which was on the Court's forms which were supplied to him.   Petitioner now claims the Court failed to address a Fourth Amendment claim.

Petitioner clearly stated in his petition that there were no grounds two through four. Petitioner never set forth a Fourth Amendment claim for this Court's consideration.  Although the Court's forms provided Petitioner with adequate instruction regarding his claims, he stated that there were no other claims he was raising in his Petition.

Section 2254 Rule 2(c), in part, requires Petitioner to "specify all the grounds for relief available to the petitioner" and "state the facts supporting each ground[.]"  Petitioner stated no Fourth Amendment claim, and therefore, there is no basis for the Court to reconsider the denial of the Petition.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration, [Doc 14] is denied.

Dated this  22nd day of December, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE